**Julio Zelaya SORTO, Petitioner— Appellant,**

v.

**Marvin POLK, Warden, Respondent— Appellee.**

No. 06–7063.

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 18, 2006.

Decided: Sept. 12, 2006.

Julio Zelaya Sorto, Appellant Pro Se. Clarence Joe DelForge, III, North Carolina Department of Justice, Raleigh, North Carolina, for Appellee.

Before WILKINSON, MOTZ, and KING, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Julio Zelaya Sorto seeks to appeal the order of the magistrate judge deeming Sorto's response to a *Roseboro* * notice deficient and striking the response without prejudice. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.,* 337 U.S. 541, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Sorto seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

---

* *Roseboro v. Garrison,* 528 F.2d 309 (4th Cir. 1975).